IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EDWARD THOMAS,[1] | § | |
| | § | No. 593, 2018 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN13-04968 |
| ANGELICA WHITE and | § | Petition No. 18-31741 and |
| ANDREW WHITE, | § | File No. CN18-05073 |
| | § | Petition No. 18-31680 |
| Respondents Below, Appellees. | | |

Submitted: June 14, 2019
Decided: August 5, 2019

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Family Court's order dated December 5, 2018, which dismissed two petitions for orders of protection from abuse. The appellant did not present any admissible evidence of the alleged abuse.[2]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).
[2] *See* 10 *Del. C.* § 1044(b) (providing that domestic violence must be established by a preponderance of the evidence).